IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

MOBILE DIVISION

| | | |
|---|---|---|
| EDMOND HUDMOND SMITH, IV and LOUIS HOLGER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 119-051 |
| SAINT PAUL TRAVELERS COMPANY, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff Smith filed a motion to amend the complaint. However, as stated in the Magistrate Judge's Report and Recommendation, Plaintiffs may not proceed as *pro se* and *in forma pauperis* ("IFP") together. (Doc. no. 5.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** without prejudice the above-captioned case, **DIRECTS** the Clerk to file and docket the instant complaint in two lawsuits, with the same filing dates and two separate case numbers, and **DIRECTS** the Clerk to docket Plaintiff Smith's motions to proceed IFP, (doc. nos. 2, 4), and his motion to amend the complaint, (doc. no. 7), into the new case number associated with him. Once the two new lawsuits are opened, Plaintiff Holger must submit his own motion to proceed IFP

within fourteen days of the date the Clerk opens the case.[1] Lastly, pursuant to the Eleventh Circuit Court of Appeals' designation, the undersigned and United States Magistrate Judge Brian K. Epps shall remain assigned and referred, respectively, to the two new cases. (See doc. no. 3.)

SO ORDERED this 8th day of May, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court recognizes Plaintiff Holger's copy of the Magistrate Judge's Report and Recommendation and the objection order, (doc. nos. 5, 6), was returned as undeliverable; however, because Plaintiffs may not proceed both *pro se* and IFP in the same case, the Court will address Plaintiff Holger's failure to inform the Court of his current address in his new case.